# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-08801-GW (AFMx) | Date | August 2, 2017 |
| Title | Bita Haiem Kohan et al v. American Airlines, Inc. et al | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Charles A. Rojas | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS (IN CHAMBERS):** ORDER RE: ORDER TO SHOW CAUSE RE: SETTLEMENT

On August 1, 2017, defendant filed a Notice of Settlement [38]. Counsel are hereby notified that on the Court's own motion, an Order to Show Cause hearing re: Settlement is set for **August 31, 2017 at 8:30 a.m.**

The parties are advised that the status conference will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed on or before **August 29, 2017.**

All previously set deadlines and dates are vacated and taken off-calendar.

: 

Initials of Preparer  CR