JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BITA HAIEM KOHAN, JONATHAN KOHAN, ARIA KOHAN through his Guardian Ad Litem and NEDA KOHAN through her Guardian Ad Litem<br><br>Plaintiffs,<br>v.<br><br>AMERICAN AIRLINES, WANDA DOE and LOURDES BROCO; and DOES 1 to 50, Inclusive.<br><br>Defendants. | Case No. CV 16-8801-GW(AFMx)<br><br>**ORDER ON STIPULATION RE DISMISSAL**<br><br>Complaint Filed: 07/14/2016<br>Trial Date: 10/10/2017 |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES:**

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

DATED: October 24, 2017

_____
GEORGE H. WU, U.S. District Judge

1
[PROPOSED] ORDER ON STIPULATION RE DISMISSAL